GRUBBS v. STATE.†
(Court of Criminal Appeals of Texas.  March 20, 1912.)

CRIMINAL LAW (§ 1144*) — APPEAL — PRESUMPTIONS.
In the absence of a statement of facts, it must be presumed that the trial court submitted all the law applicable to the evidence.
[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2736-2781, 2901, 3016-3037; Dec. Dig. § 1144.*]

Appeal from District Court, Scurry County; John B. Thomas, Judge.
Carl Grubbs was convicted of aggravated assault, and appeals. Affirmed.

W. S. Payne, of Snyder, for appellant.  C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was charged with assault to murder by indictment, and when tried was convicted of an aggravated assault, and his punishment assessed at a fine of $50 and imprisonment in the county jail for three months.

There is neither a statement of facts nor bills of exception in the record. The indictment is sufficient, and the court submits the offense as charged and aggravated assault. In the absence of a statement of facts, we presume that the court submitted the law, and all the law, applicable to the evidence.

The judgment is affirmed.

ALEXANDER v. STATE.†
(Court of Criminal Appeals of Texas.  March 20, 1912.)

Appeal from District Court, Hill County; C. M. Smithdeal, Judge.
West Alexander was convicted of theft of hogs, and appeals. Affirmed.

J. K. Parr, for appellant.  C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of theft of hogs; his punishment being assessed at two years' confinement in the penitentiary.

The record is before us without bills of exception. The only criticism of the conviction contained in the motion for new trial is the want of sufficient evidence to sustain the verdict of the jury and judgment of the court. We deem it unnecessary to review the statement of facts. We are of opinion that the evidence is sufficient, and that the jury did not err in finding appellant guilty under the evidence adduced.

The judgment is affirmed.

BURTON v. STATE.
(Court of Criminal Appeals of Texas.  April 3, 1912.)

Appeal from District Court, Anderson County; B. H. Gardner, Judge.
Judge Burton was convicted of murder in the second degree, and appeals. Affirmed.·
C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of murder in the second degree; his punishment being assessed at 15 years' confinement in the penitentiary.

The record is before us without a statement of facts or bills of exception. The motion for new trial presents no error that could be considered by us, in the absence of bills of exception and statement of facts.

The judgment is affirmed.